**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARY K. BOLEY**, *et al.* | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 20-2644 |
| | : | |
| **UNIVERSAL HEALTH SERVICES, INC.**, *et al.* | : | |
| | : | |

# **ORDER**

**AND NOW**, this 30th day of October 2020, upon considering the Defendants' Motion for partial dismissal (ECF Doc. No. 20) of the second amended Complaint, Plaintiffs' Opposition (ECF Doc. No. 30), Defendants' Reply (ECF Doc. No. 33), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendants' Motion (ECF Doc. No. 20) is **DENIED** and they shall answer the second amended Complaint no later than **November 13, 2020**; and,

2. Plaintiffs' counsel shall file a status memorandum reporting on their service upon the summons issued to, or voluntary dismissal of, "Universal, Inc." as listed in the caption of the second amended Complaint (ECF Doc. No. 18) no later than **November 5, 2020**.

                                                                                          _____
                                                                                          **KEARNEY, J.**