**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARY K. BOLEY**, *et al.* | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 20-2644** |
| | : | |
| **UNIVERSAL HEALTH SERVICES, INC.**, *et al.* | : | |

## ORDER

AND NOW, this 30th day of March 2021, following the parties' Memoranda (ECF Doc. Nos. 62, 63) responsive to our March 22, 2021 Order (ECF Doc. No. 61) agreeing to delay distribution of notice for a period of time to allow the Court of Appeals to review a pending Rule 23(f) Petition, and finding good cause consistent with Rule 1 and the parties agreeing upon the proposed form of protocol for notice, it is **ORDERED**:

1. The Plaintiffs' proposed form of Class notice (ECF Doc. No. 63) is **APPROVED** and shall be distributed consistent with the protocol and form of notice within twenty days of an Order from our Court of Appeals disposing of the Rule 23(f) Petition (if denied) but no later than **August 2, 2021** absent further Order; and,

2. Defendants' counsel shall immediately notify this Court of a ruling from the United States Court of Appeals affecting its pending Petition including representing the parties' progress towards trial under our November 19, 2020 Order (ECF Doc. No. 43).

_____
**KEARNEY, J.**