UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-062

No. 21-8014

MARY K. BOLEY; KANDIE SUTTER; PHYLLIS JOHNSON,
Individually and as representatives of a class of similarly situated persons,
on behalf of the Universal Health Services, Inc. Retirement Savings Plan

v.

UNIVERSAL HEALTH SERVICES, INC.; UNIVERSAL INC.;
THE UHS RETIREMENT PLANS INVESTMENT COMMITTEE,
DOES NO. 1-10, Whose Names Are Currently Unknown

Universal Health Services, Inc. and Universal Health Services, Inc.
Retirement Plans Investment Committee,
Petitioners

(E.D. Pa. No. 2-20-cv-02644)

Present:  JORDAN, KRAUSE, and PHIPPS, Circuit Judges

1. Petition for Leave to Appeal pursuant to Fed. R. Civ. P. 23(f) filed by Petitioners Universal Health Services Inc and Universal Health Services Inc Retirement Plans Investment Committee

2. Respondents' Answer in Opposition to Petition for Leave to Appeal

3. Petitioners' Motion for Leave to File Reply in Support of Petition, with proposed reply attached

4. Response by Mary K. Boley, Phyllis Johnson and Kandie Sutter in Opposition to Motion for Leave to File Reply

Respectfully,
Clerk/CJG

_____ORDER_____
The foregoing motions for leave to appeal and for leave to file reply are granted.

By the Court,

s/ Cheryl Ann Krause
Circuit Judge

Dated: May 18, 2021
CJG/cc:    Alec Berin, Esq.
          James E. Miller, Esq.
          Deborah S. Davidson, Esq.
          James C. Shah, Esq.
          Michael E. Kenneally, Esq.
          Sean K. McMahan, Esq.
          Brian T. Ortelere, Esq.



A True Copy:

Patricia S. Dodszuweit, Clerk