# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARY K. BOLEY,** *et al.* | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-2644 |
| | : | |
| **UNIVERSAL HEALTH SERVICES, INC.,** *et al.* | : | |

# ORDER

**AND NOW,** this 27th day of May 2021, upon considering Defendants' Motion to stay following the Court of Appeals' grant of Rule 23(f) review (ECF Doc. No. 72), Plaintiffs' Opposition (ECF Doc. No. 74), Defendants' Reply (ECF Doc. No. 76) with an Exhibit (ECF Doc. No. 77), following yesterday's hearing where the parties agreed all fact discovery (consisting of eight noticed depositions of no more than seven hours) will be completed by July 19, 2021 consistent with our November 19, 2020 Order (ECF Doc. No. 43), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion to stay (ECF Doc. No. 72) is **GRANTED in part** and **DENIED in part** requiring we **amend** our November 19, 2020 Order (ECF Doc. No. 43) only:

1. Each party shall serve their expert disclosures necessary to meet their burden of proof by expert report or expert interrogatories on Phase II issues no later than **August 6, 2021**; and,

2. The parties' prospective obligations in our November 19, 2020 Order (ECF Doc. No. 43) regarding rebuttal expert disclosures, expert depositions, summary judgment, decertification, and *Daubert* motion deadlines, pre-trial filings, and attaching counsel for a date certain trial date are **VACATED** until further Order following the Court of Appeals' Order remanding the matter for trial at which time counsel will promptly address a schedule for the remaining issues.

**KEARNEY, J.**