**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARY K. BOLEY,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 20-2644** |
| | : | |
| **UNIVERSAL HEALTH SERVICES,** | : | |
| **INC.,** *et al.* | : | |

# ORDER

AND NOW, this 29th day of July 2021, upon considering the parties' Stipulation (ECF Doc. No. 84), and finding good cause, it is **ORDERED** the Stipulation (ECF Doc. No. 84) is **APPROVED** in part requiring we **amend** our March 30, 2021 Order (ECF Doc. No. 64) solely to vacate the obligation of distributing a form of Notice no later than **August 2, 2021** but with all other obligations in our March 30, 2021 Order (ECF Doc. No. 64) remaining in effect.

_____
**KEARNEY, J.**