IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARY K. BOLEY,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 20-2644** |
| | : | |
| **UNIVERSAL HEALTH SERVICES, INC.,** *et al.* | : | |

## ORDER

**AND NOW,** this 29th day of June 2022, upon reviewing the parties' Status Memorandum (ECF Doc. No. 89) responsive to our June 23, 2022 Order (ECF Doc. No. 88), and attempting to work with counsel as much as possible consistent with our respective obligations under Federal Rule 1 including providing enough time to review dispositive and *Daubert* motions in this District and others, it is **ORDERED** the parties shall immediately confer in good faith so as to allow Plaintiff to file a status memorandum not exceeding three pages on or before **July 1, 2022 showing cause** why we could not begin the nonjury trial on December 12 or 13, 2022 as we have no time for a continuous trial of the requested length in the First Quarter 2023 given our date certain trial obligations.

**KEARNEY, J.**