IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY K. BOLEY, KANDIE SUTTER and PHYLLIS JOHNSON, Individually and as representatives of a class of similarly situated persons, on behalf of the UNIVERSAL HEALTH SERVICES, INC. RETIREMENT SAVINGS PLAN,<br><br>   Plaintiffs,<br> v.<br><br>UNIVERSAL HEALTH SERVICES, INC.; THE UHS RETIREMENT PLANS INVESTMENT COMMITTEE; and DOES No. 1-10, Whose Names Are Currently Unknown,<br><br>   Defendants. | Case No: 2:20-cv-02644-MAK |

**JOINT STATUS REPORT AND MOTION TO
STAY ACTION AND SUSPEND ALL DEADLINES**

  Plaintiffs, Mary K. Boley, Kandie Sutter, and Phyllis Johnson (collectively, "Plaintiffs"), and Defendants, Universal Health Services, Inc. and the Universal Health Services, Inc. Retirement Plans Investment Committee (collectively, "Defendants," and, together with Plaintiffs, the "Parties"), respectfully submit this Joint Status Report and Motion to Stay Action and Suspend All Deadlines, to update the Court on the progress of the Parties' discussions concerning the potential resolution of this action.

  The Parties are pleased to report that, following mediation with a neutral, well-respected mediator, the Parties have agreed in principle to resolve the litigation. The Parties are working to memorialize their agreement and prepare the appropriate papers to submit to the Court for preliminary approval under Federal Rule of Civil Procedure 23. The Parties propose that

Plaintiffs file a motion for preliminary approval of the settlement and all necessary and appropriate supporting papers by October 24, 2022.

      In light of the settlement agreement, the Parties request that all hearings and deadlines currently on the Court's calendar be vacated. A proposed Order accompanies this Status Report and Joint Motion.

Dated: September 28, 2022                                     Respectfully submitted,

                                                                             /s/*Alec J. Berin*
                                                                             James C. Shah
                                                                             Alec J. Berin
                                                                             MILLER SHAH LLP
                                                                             1845 Walnut Street, Suite 806
                                                                             Philadelphia, PA 19103
                                                                             Telephone: (866) 540-5505
                                                                             Facsimile: (866) 300-7367
                                                                             Email: jcshah@millershah.com
                                                                                              ajberin@millershah.com

James E. Miller
Laurie Rubinow
MILLER SHAH LLP
65 Main Street
Chester, CT 06412
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jemiller@millershah.com
           lrubinow@millershah.com

Kolin C. Tang (*pro hac vice*)
MILLER SHAH LLP
3 Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
           kctang@millershah.com

Mark K. Gyandoh
Gabrielle Kelerchian
CAPOZZI ADLER, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com
　　　　gabriellek@capozziadler.com

Donald R. Reavey
CAPOZZI ADLER, P.C.
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
Email: donr@capozziadler.com

*Attorneys for Plaintiffs, the Plan, and the Class*

Dated: September 28, 2022　　　　　　　Respectfully submitted,

/s/ *Brian T. Ortelere*
Brian T. Ortelere
Attorney ID No. 46464 (PA)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
Email: brian.ortelere@morganlewis.com

Deborah S. Davidson (*pro hac vice*)
Attorney ID No. 6255813 (IL)
MORGAN, LEWIS & BOCKIUS LLP
110 N. Wacker Drive, Suite 2800
Chicago, IL 60606
Telephone: (312) 324-1000
Facsimile: (312) 324-1001
Email: deborah.davidson@morganlewis.com

        Stephen K. Dixon (*pro hac vice*)
        Attorney ID No. 87462 (VA)
        Mathew J. McKenna (*pro hac vice)*
        Attorney ID No. 1735898 (DC)
        MORGAN, LEWIS & BOCKIUS LLP
        111 Pennsylvania Avenue, NW
        Washington, DC 20004
        Telephone: (202) 739-3000
        Facsimile: (202) 739-3001
        Email: stephen.dixon@morganlewis.com
              mathew.mckenna@morganlewis.com

        Sean K. McMahan (*pro hac vice*)
        Attorney ID No. 140861 (GA)
        1717 Main Street, Suite 3200
        Dallas, TX 75201
        Telephone: (214) 466-4000
        Facsimile: (214) 466-4001
        Email: sean.mcmachan@morganlewis.com

        *Counsel for Defendants*