IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARY K. BOLEY,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 20-2644** |
| | : | |
| **UNIVERSAL HEALTH SERVICES, INC.,** *et al.* | : | |

# ORDER

AND NOW, this 28th day of September 2022, upon reviewing the parties' joint Motion for a stay (ECF Doc. No. 107) of their obligations under our July 5, 2022 Order (ECF Doc. No. 93) citing good cause arising from their settlement in principle of all claims earlier this week through the assistance of an experienced mediator resulting in the need for the prompt review of a motion to preliminarily approve a class settlement, it is **ORDERED** the parties' joint Motion (ECF Doc. No. 107) is **DENIED** as stated as we will not stay the matter but finding good cause mindful of the parties' agreement in principle to preserve costs:

1. We **DENY** the pending Motions to preclude expert testimony (ECF Doc. Nos. 99, 100) without prejudice to be renewed after November 2, 2022;

2. We grant leave to move for preliminary approval of a class action settlement no later than **October 20, 2022**;

3. We will hold a hearing on a motion for preliminary approval on **October 31, 2022** at **2:00 P.M.** in **Courtroom 6B**; and,

4. Nothing in this Order amends the parties' final pretrial and trial obligations under our July 5, 2022 Order (ECF Doc. No. 93) subject to modifying those obligations after our Order on the Motion for preliminary approval.

**KEARNEY, J.**