IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY K. BOLEY, *et al.*, | Case No: 2:20-cv-02644 |
| Plaintiffs, | February 15, 2023 |
| v. | |
| UNIVERSAL HEALTH SERVICES, INC., *et al.*, | |
| Defendants. | |

**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

1

Plaintiffs Mary K. Boley, Kandie Sutter, and Phyllis Johnson (collectively, "Plaintiffs"), individually and on behalf of the Universal Health Services, Inc. Retirement Savings Plan (the "Plan") and the proposed Settlement Class, hereby respectfully move the Court, pursuant to Federal Rule of Civil Procedure 23, for an Order:

1. Approving the Settlement with Defendants, as memorialized in the Settlement Agreement dated October 20, 2022 and exhibits thereto;

2. Maintaining certification of the Settlement Class;

3. Finding the manner in which the Settlement Class was notified of the Settlement was the best notice practicable under the circumstances, and fair, reasonable, and adequate; and

4. Approving the Plan of Allocation.

The grounds for this Motion are set forth in the contemporaneously filed memorandum of law and supporting papers, as well as all others appearing on the record. A proposed form of Order is submitted with the contemporaneously filed motion seeking final approval of the Settlement.

DATED: February 15, 2023                                          Respectfully submitted,

/s/ James C. Shah
James C. Shah
Alec J. Berin
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
           ajberin@millershah.com

James E. Miller
Laurie Rubinow
MILLER SHAH LLP
65 Main Street
Chester, CT 06412
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jemiller@millershah.com
       lrubinow@millershah.com

Kolin C. Tang
MILLER SHAH LLP
19712 MacArthur Blvd., Suite 222
Irvine, CA 92612
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: kctang@millershah.com

Mark K. Gyandoh
CAPPOZI ADLER
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Fax: (717) 233-4103
Email: markg@capozziadler.com

Donald R. Reavey
CAPPOZI ADLER
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Email: donr@capozziadler.com

*Attorneys for Plaintiff, the Plan, and the Class*